IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01816-PAB-KLM

BILLY D. COTTRELL, an individual,

    Plaintiff,

v.

LEPRINO FOODS COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order** [Docket No. 15; Filed May 3, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#15] is **GRANTED**. The Scheduling Order [#9] entered on November 7, 2011 is modified to extend the following deadlines:

- Discovery Deadline — **May 18, 2012**
- Dispositive Motions Deadline — **June 22, 2012**

Dated: May 3, 2012