IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01816-PAB-KLM

BILLY D. COTTRELL, an individual,

    Plaintiff,

v.

LEPRINO FOODS COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Unopposed Motion to Amend Scheduling Order** [Docket No. 18; Filed June 21, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#18] is **GRANTED**. The Scheduling Order [#9] entered on November 7, 2011, as amended on May 3, 2012 [#17], is further modified to extend the following deadline:

- Dispositive Motions Deadline                               **July 3, 2012**

**No further extension of the Dispositive Motions Deadline will be permitted absent extraordinary cause.**

Dated: June 21, 2012