IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLORADO

Case No.: 11-cv-01816-PAB-KLM

BILLY D. COTTRELL, an individual,

PLAINTIFF,

v.

LEPRINO FOODS COMPANY,

DEFENDANT.

---

## UNOPPOSED MOTION TO DISMISS

---

**D.C.COLO.L.CIV.R.7.1A Certification: Plaintiff's counsel has conferred in good faith with Defendant's counsel about this Motion and the relief requested therein. Defendant's counsel does not oppose this Motion.**

Plaintiff, Billy Cottrell, by and through Hagen & Melusky, Inc., d/b/a Black Suit Law and undersigned counsel, respectfully submits Plaintiff's Motion to Dismiss Plaintiff's remaining claim, Harassment/Hostile Work Environment Based on Age (Claim for Relief No. 3) as follows:

1) Plaintiff filed a complaint [Docket No. 1] on July 12, 2011 stating three causes of action/claims for relief. (1) Age Discrimination in Employment Act (ADEA); (2) Title VII retaliation, 42 U.S.C. §2000e-3(a); (3) Harassment/Hostile work Environment Based on Age.

2) On July 3, 2012 Defendant's filed a Motion for Summary Judgment on Plaintiff's First and Second Claims for Relief [Docket No. 21].

1

3) By Order of this Court on February 13, 2013 [Docket 43], Defendants Motion for Summary Judgment was Granted, dismissing Plaintiff's First and Second Claims for Relief. Plaintiff's third claim for relief, hostile work environment, was to proceed accordingly.

4) By Minute Order of the Court dated February 14, 2013, [Docket 44] Plaintiff was charged with the task of addressing what damages he is seeking and the supporting basis for the remaining hostile work environment claim.

5) Plaintiff has been advised of his right to proceed with a claim for hostile work environment and advised of the current status of the law with respect to the remaining claim. After much consideration, Plaintiff has decided to voluntarily withdraw pursuit of the remaining claim for relief, Hostile Work Environment.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order dismissing Plaintiff's final remaining claim for hostile work environment and vacate the 5 day trial scheduled to begin April 22, 2013.

Respectfully submitted this 1st day of March, 2013.

/s Robert J. Herrera

**ROBERT J. HERRERA, ESQ., #37093**
*HAGEN & MELUSKY, INC. d/b/a BLACK SUIT LAW*
1613 Pelican Lakes Point
Suite B, Lower Level
Windsor, Colorado 80550
Phone: 970-686-6618
Fax: 970-686-2899
Email: Robert@blacksuitlaw.com
Attorney(s) for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

William C. Brittan, Esq.
270 St. Paul Street, Suite 200
Denver, CO 80206
bbrittan@ckbrlaw.com
Counsel for Defendant

/s Michelle L. Wardell
_____
Michelle L. Wardell, Paralegal