IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01816-PAB-KLM

BILLY D. COTTRELL, an individual,

    Plaintiff,

v.

LEPRINO FOODS COMPANY,

    Defendant.

_____

**ORDER**
_____

This matter comes before the Court on plaintiff's Motion to Dismiss [Docket No. 45], wherein plaintiff asks that the Court dismiss the one remaining claim in this case, namely, plaintiff's claim based on a hostile work environment.  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the Motion to Dismiss [Docket No. 45] is GRANTED.  It is further

**ORDERED** that this matter, and all claims asserted therein, is dismissed, with each party to bear its own attorneys' fees and costs.  It is further

**ORDERED** that the trial preparation conference scheduled for April 5, 2013 at 1:30 p.m. and the jury trial scheduled for April 22, 2013 at 8:00 a.m. are vacated.

DATED March 1, 2013.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge